United States Courts
Southern District of Texas
FILED

DEC 19 2018

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| vs. | § CRIMINAL NO. 18CR722 |
| OTHINELLA BINNS<br>aka SAPPHIRE BINNS | § |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

From on or about June 1, 2017, to on or about March 1, 2018, within the Houston Division of the Southern District of Texas,

**OTHINELLA BINNS aka SAPPHIRE BINNS,**

the defendant herein, being a United States Postal Service employee, did remove and steal gift cards contained in articles of mail, which came into her possession, were entrusted to her, and were intended to be conveyed by mail and delivered by any carrier of the United States Postal Service.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

RYAN K. PATRICK
UNITED STATES ATTORNEY

CARRIE WIRSING
Assistant United States Attorney